**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jeannie T. Jones,<br><br>    Plaintiff,<br><br>vs.<br><br>First National Bank of Arizona; Bank of America Corporation; Title Pro LLC; Mortgage Electronic Registration System, Inc.; Reconciltrust, N.A.,<br><br>    Defendants. | No. CV 11-633-PHX-JAT<br><br>**ORDER** |

"Inquiring whether the court has jurisdiction is a federal judge's first duty in every case." *Belleville Catering Co. v. Champaign Market Place, L.L.C.*, 350 F.3d 691, 693 (7th Cir. 2003). Defendants have removed this case to federal court alleging jurisdiction based on diversity. Doc. 1 at 2.

In reviewing this case for federal subject matter jurisdiction, the Court notes that Bryan Cave, through counsel Robert Shely and Shayna Fernandez pleaded, under Rule 11, that BAC Home Loans Servicing LP is a citizen of Texas and California for diversity jurisdiction purposes. The Court finds this avowal curious for two reasons: 1) BAC Home Loans Servicing LP is not a party to this case; and 2) in CV 10-2696, Doc. 27 at 2, Bryan Cave, through counsel Robert Shely and Gregory Iannelli pleaded, under Rule 11, that BAC Home Loans Servicing LP is a citizen of North Carolina for diversity purposes.

Diversity jurisdiction requires complete diversity among all Plaintiffs and all

1 Defendants. *Caterpillar v. Lewis*, 386 U.S. 523, 531 (1996). In this case, Defendants have
2 not alleged the citizenship of Defendants First National Bank of Arizona, Bank of America
3 Corporation, or Title Pro LLC. Obviously failing to allege the citizenship of over half of the
4 Defendants is inadequate for this Court to independently review its jurisdiction. Therefore,

IT IS ORDERED that the removing Defendants shall file an amended notice of removal by July 20, 2011, or this case will be remanded for lack of federal subject matter jurisdiction.

DATED this 13th day of July, 2011.

James A. Teilborg
United States District Judge